In the Matter of GEORGE A. EICHLER, Appellant, against JOHN J. MCELLIGOTT, as Fire Commissioner of the City of New York, etc., Respondent.

Argued June 5, 1940; decided July 24, 1940.

*Herman A. Gray* and *Maxwell M. Booxbaum* for appellant.

*William C. Chanler, Corporation Counsel* (*James Hall Prothero, Paxton Blair* and *Thomas W. A. Crowe* of counsel), for respondent.

Order affirmed, without costs, on the authority of *Matter of Sheridan* v. *McElligott* (278 N. Y. 59) and *Matter of Phillips* v. *McElligott* (254 App. Div. 863; affd., 279 N. Y. 792). No opinion.

Concur: LOUGHRAN, FINCH, RIPPEY, SEARS and LEWIS, JJ. LEHMAN, Ch. J., and CONWAY, J., dissent on the ground that the record shows that the Commissioner in this case has failed to make any determination in regard to matters upon which he is required under the statute to pass judgment.